FILED

06/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0317

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0317

FILED

JUN 1 3 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

TOWN OF KEVIN,

    Plaintiff and Appellee,

v.

NORTH CENTRAL MONTANA REGIONAL
WATER AUTHORITY,

    Defendant and Appellant.

ORDER

Defendant and Appellant North Central Montana Regional Water Authority (NCMRWA) filed a notice of appeal from the Twelfth Judicial District Court, Cause No. DV-20-055.

NCMRWA asserts that this appeal is taken from an order certified as final by the District Court pursuant to M. R. Civ. P. 54(b), and it further asserts that such order is attached to its Notice of Appeal. The order attached to the Notice of Appeal is a not a Rule 54(b) certification.

Under Rule 54(b)(1), when an action presents more than one claim for relief or when multiple parties are involved the court may direct entry of a final judgment as to one or more, but fewer than all claims or parties only if the court expressly determines that there is no just reason for delay. The record in this case has not yet been transmitted to this Court. We requested and obtained a Case Register Report from the Clerk of the Hill County District Court, and from our review of this Report, it is not readily apparent as to whether this matter is fully adjudicated, and thus appealable pursuant to M. R. App. P. 6(1), or whether proper certification is lacking.

IT IS THEREFORE ORDERED that, within 20 days of the date of this Order, Appellant shall either file an Amended Notice of Appeal if this matter is appealable

pursuant to M. R. App. P. 6(1), or shall file the necessary certification from the District Court for this matter to proceed as an appeal under M. R. Civ. P. 54(b).

If Appellant fails to file in accordance with this Order, this appeal shall be dismissed without prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this __13__ day of June, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2